**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) | Case No. 2:19-cv-00225-JRG |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| CISCO SYSTEMS, INC., | ) | |
| Defendant. | ) | |

**P. R. 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to Local Patent Rule 4-3 and this Court's Second Amended Docket Control Order (D.I. 60), Plaintiff Ramot at Tel Aviv University Ltd. ("Ramot") and Defendant Cisco Systems, Inc. ( "Cisco") submit this Joint Claim Construction and Prehearing Statement for U.S. Patent Nos. 10,033,465 ("the '465 patent"), 10,270,535 ("the '535 patent"), and 10,461,866 ("the '866 patent") (collectively, the "Asserted Patents").

## I. P. R. 4-3(A)(1): TERMS ON WHICH THE PARTIES AGREE

The parties agree to the identified constructions for the following terms:

### A. Agreed Constructions

| Term | Agreed Construction |
|---|---|
| "modulator"<br><br>'465 (claims 1, 4)<br>'535 (claims 1, 2)<br>'866 (claims 7, 10-12, 19, 22-24) | "any device which outputs an optical signal with controlled variation of intensity, whether the variation is induced during production of the signal (such as in a semiconductor laser) or whether a signal input from another source is modified" |
| "electrode"<br><br>'465 (claims 1, 4) | "the electrical connections of an optical modulator device through which the device is controlled" |
| "digital to digital converter"<br><br>'866 (claims 7, 8, 19, 20) | "a device which maps a set of possible digital input values to a set of possible digital output values, where the input and output values are non-identical" |

## II. P. R. 4-3(A)2: TERMS WITH DISPUTED CONSTRUCTIONS

Exhibit A, attached hereto, identifies the disputed claim terms and the parties' proposed constructions thereof, along with the parties' identification of intrinsic and extrinsic evidence supporting their proposed constructions, as required by P.R. 4-3(b).

The parties reserve the right to rely on the citations identified by either side, including any citations identified in briefing. The parties have agreed that terms that appear in the Asserted Claims of more than one of the Asserted Patents should be construed the same with respect to each such patent.

## III. P. R. 4-3(A)3: CLAIM CONSTRUCTION HEARING LENGTH

The parties believe that the length of time necessary for the Claim Construction Hearing is three (3) hours, with the time split equally between the parties.

## IV. P. R. 4-3(A)4: CLAIM CONSTRUCTION HEARING WITNESSES

The parties will not present live testimony of witnesses at the Claim Construction Hearing.

## V. P. R. 4-3(E): OTHER ISSUES

The parties do not have any other issues that they expect need to be taken up at a prehearing conference prior to the Claim Construction Hearing.

Respectfully submitted,

Dated: March 17, 2020

*/s/ Corey Johanningmeier*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75467
Telephone: 903-845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Denise De Mory
Corey Johanningmeier
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
ddemory@bdiplaw.com
cjohanningmeier@bdiplaw.com

Attorneys for
*RAMOT AT TEL AVIV UNIVERSITY LTD.*

*/s/ Joseph A. Powers*
Melissa R. Smith
**GILLAM & SMITH, LLP**
TX State Bar No. 24001351
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

L. Norwood Jameson (GA Bar No. 003970)
wjameson@duanemorris.com
Matthew C. Gaudet (GA Bar No. 287789)
mcgaudet@duanemorris.com
John R. Gibson (GA Bar No. 454507)
JRGibson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901

Joseph A. Powers (PA Bar No. 84590)
japowers@duanemorris.com
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1842

Facsimile: (215) 689-3797

Gilbert A. Greene
(Texas Bar No. 24045976)
bgreene@duanemorris.com
**DUANE MORRIS LLP**
Las Cimas IV
900 S. Capital of Texas Hwy., Suite 300
Austin, TX 78746-5435
Tel.: (512) 277-2300
Fax: (512) 519-858

Attorneys for
*CISCO SYSTEMS, INC.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Pursuant to Local Rule CV-5(c), all counsel of record were served a true and correct copy of the foregoing document by electronic mail on this the 17th day of March, 2020.

*/s/ Corey Johanningmeier*