# EXHIBIT A

**PROPOSED CONSTRUCTIONS AND INTRINSIC AND EXTRINSIC EVIDENCE CITATIONS FOR JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT (P.R. 4-3)**

# I. Disputed Constructions

## A. U.S. Patent Nos. 10,033,465; 10,270,535; 10,461,866[1]

| Claim Term | Patent / Claim | Ramot's Proposed Construction | Ramot's Intrinsic and Extrinsic Evidence | Cisco's Proposed Construction | Cisco's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
| "converting" | '535 (claims 1, 2) | "mapping a set of possible digital input values to a set of possible digital output values, where the input and output values are non-identical" | **'465 Patent**: 4:62-5:3; Abstract; Figs. 4, 2A & 2B, 5:49-59; 6:5-9; 7:17-25; 7:33-57; 7:58-66; 11:20-29; 11:30-12:3; 12:3-17; 13:23-31; 15:16-22; 17:3-14; 17:34-44<br><br>**'535 Patent**: 17:9-18:2; 18:3-18<br><br>**'465 File History**: 2018-02-14 Amendment at 1-2, 7-10; 2016-10-20 Claims [RAMOT_C-000135-RAMOT_C-000347]<br><br>**IPR2020-00123**: Patent Owner Preliminary Response at 39-45<br><br>**U.S. Pat. 9,479,191**: 17:4-24 (claim 1) [RAMOT_C-005807-RAMOT_C-005831] | "choosing a digital output from a set of possible digital outputs for a given digital input from a set of possible digital inputs to produce a desired response by the modulator for the given input" | **'465 Patent**<br><br>Abstract; FIGS. 1, 2A-2B, 4, 8, 10, 14; 1:27-29; 1:50-2:29; 2:33-34; 3:25-30, 3:48-64, 4:52-5:3; 5:45-59; 6:5-9; 6:37-39; 6:43-45; 6:60-61; 7:5-25; 7:30-8:20; 8:37-43; 8:54-67; 9:25-12:17; 12:64-13:31; 14:15-16:9; claims 1, 3, 4, 6, 9, 10, 13.<br><br>**'535 Patent**<br><br>Claims 1 and 2<br><br>**Patent Owner's Preliminary Response (IPR2020-00122) (Patent No. 10,033,465)** at 3-7, 23-28, 32-44, 51-61. |

[1] In certain places, the parties have elected to use exemplar citations to just one of the related patents. Citations to the specification of the '465 patent herein are presumed to also cover corresponding text and figures in the identical specifications of the '535 and '866 patents where applicable.

| Claim Term | Patent / Claim | Ramot's Proposed Construction | Ramot's Intrinsic and Extrinsic Evidence | Cisco's Proposed Construction | Cisco's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
| | | | **'191 File History**: 2016-06-09 Amendment [RAMOT_C-002783-RAMOT_C-003114] [IPR2020-00123, EX2011 at 4-10]<br><br>**'417 File History**: 2015-03-02 Notice of Allowability, Examiner's Amendment, Interview Summary; 2015-01-30 Amendment [RAMOT_C-003488-RAMOT_C-003913] [IPR2020-00123, EX2012 at 1-4, 6, 8-25]<br><br>**'866 Patent**: 4:62-5:4; Abstract; 18:3-18; 18:19-22; 19:41-20:10; 20:11-14<br><br>**IPR2020-00484**: Petition at 18, Blumenthal Decl. ¶ 95 | | **Ex. 2002 (Declaration of John Dallesasse In Support of Patent Owner's Preliminary Response) to Patent Owner's Preliminary Response (IPR2020-00122) (Patent No. 10,033,465)** at 6-7, 10-12.<br><br>**Patent Owner's Preliminary Response (IPR2020-00123) (Patent No. 10,270,535)** at 3-7, 23-28, 32-45, 52-62.<br><br>**Ex. 2002 (Declaration of John Dallesasse In Support of Patent Owner's Preliminary Response) to Patent Owner's Preliminary Response (IPR2020-00123) (Patent No. 10,270,535)** at 6-7, 10-12.<br><br>**<u>Prosecution History for U.S. Patent No. 9,031,417</u>**<br><br>January 30, 2015 Office |

| Claim Term | Patent / Claim | Ramot's Proposed Construction | Ramot's Intrinsic and Extrinsic Evidence | Cisco's Proposed Construction | Cisco's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | Action Response at 2-6, 9-17<br><br>**<u>Prosecution History for U.S. Patent No. 9,203,425</u>**<br><br>July 29, 2015 Applicant Initiated Interview Summary at 2<br><br>August 20, 2015 Office Action Response at 2-6, 9-12<br><br>**<u>Prosecution History for U.S. Patent No. 9,479,191</u>**<br><br>Application at 27-30<br><br>December 14, 2015 Non-Final Rejection at 4-9<br><br>June 9, 2016 Office Action Response at 3-5<br><br>**<u>Prosecution History for '465 Patent</u>**<br><br>August 14, 2017 Non-Final Rejection at 3-9<br><br>February 14, 2018 Office |

| Claim Term | Patent / Claim | Ramot's Proposed Construction | Ramot's Intrinsic and Extrinsic Evidence | Cisco's Proposed Construction | Cisco's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | Action Response at 2-6, 7-9<br><br>**<u>Prosecution History for U.S. Patent No. 10,205,527</u>**<br><br>Application at 27-31<br><br>October 24, 2017 Non-Final Rejection at 2-9<br><br>April 24, 2018 Office Action Response at 2-7 |
| "mapping" | '465 (claims 1, 4) | "converting a set of possible digital input values to a set of possible digital output values, where the input and output values are non-identical" | **'465 Patent**: 4:62-5:3; Abstract; Figs. 4, 2A & 2B, 5:49-59; 6:5-9; 7:17-25; 7:33-57; 7:58-66; 11:20-29; 11:30-12:3; 12:3-17; 13:23-31; 15:16-22; 17:3-14; 17:34-44<br><br>**'465 File History**: 2018-02-14 Amendment at 1-2, 7-10; 2016-10-20 Claims;<br><br>**IPR2020-00122**: Patent Owner Preliminary Response at 38-45<br><br>**U.S. Pat. 9,479,191**: 17:4-24 (claim 1) | "choosing a digital output from a set of possible digital outputs for a given digital input from a set of possible digital inputs to produce a desired response by the modulator for the given input" | **<u>'465 Patent</u>**<br><br>Abstract; FIGS. 1, 2A-2B, 4, 8, 10, 14; 1:27-29; 1:50-2:29; 2:33-34; 3:25-30, 3:48-64, 4:52-5:3; 5:45-59; 6:5-9; 6:37-39; 6:43-45; 6:60-61; 7:5-25; 7:30-8:20; 8:37-43; 8:54-67; 9:25-12:17; 12:64-13:31; 14:15-16:9; claims 1, 3, 4, 6, 9, 10, 13.<br><br>**<u>'535 Patent</u>**<br><br>Claims 1 and 2 |

| Claim Term | Patent / Claim | Ramot's Proposed Construction | Ramot's Intrinsic and Extrinsic Evidence | Cisco's Proposed Construction | Cisco's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
| | | | **'191 File History**: 2016-06-09 Amendment [IPR2020-00122, EX2011 at 4-10]<br><br>**'417 File History**: 2015-03-02 Notice of Allowability, Examiner's Amendment, Interview Summary; 2015-01-30 Amendment [IPR2020-00122, EX2012 at 1-4, 6, 8-25]<br><br>**'866 Patent**: 4:62-5:4; Abstract; 18:3-18; 18:19-22; 19:41-20:10; 20:11-14<br><br>**IPR2020-00484**: Petition at 18, Blumenthal Decl. ¶ 95 | | **Patent Owner's Preliminary Response (IPR2020-00122) (Patent No. 10,033,465)** at 3-7, 23-28, 32-44, 51-61.<br><br>**Ex. 2002 (Declaration of John Dallesasse In Support of Patent Owner's Preliminary Response) to Patent Owner's Preliminary Response (IPR2020-00122) (Patent No. 10,033,465)** at 6-7, 10-12.<br><br>**Patent Owner's Preliminary Response (IPR2020-00123) (Patent No. 10,270,535)** at 3-7, 23-28, 32-45, 52-62.<br><br>**Ex. 2002 (Declaration of John Dallesasse In Support of Patent Owner's Preliminary Response) to Patent Owner's Preliminary Response (IPR2020-00123) (Patent No.** |

| Claim Term | Patent / Claim | Ramot's Proposed Construction | Ramot's Intrinsic and Extrinsic Evidence | Cisco's Proposed Construction | Cisco's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | **10,270,535)** at 6-7, 10-12.<br><br>**<u>Prosecution History for U.S. Patent No. 9,031,417</u>**<br><br>January 30, 2015 Office Action Response at 2-6, 9-17<br><br>**<u>Prosecution History for U.S. Patent No. 9,203,425</u>**<br><br>July 29, 2015 Applicant Initiated Interview Summary at 2<br><br>August 20, 2015 Office Action Response at 2-6, 9-12<br><br>**<u>Prosecution History for U.S. Patent No. 9,479,191</u>**<br><br>Application at 27-30<br><br>December 14, 2015 Non-Final Rejection at 4-9<br><br>June 9, 2016 Office Action Response at 3-5<br><br>**<u>Prosecution History for</u>** |

| Claim Term | Patent / Claim | Ramot's Proposed Construction | Ramot's Intrinsic and Extrinsic Evidence | Cisco's Proposed Construction | Cisco's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | **<u>'465 Patent</u>**<br><br>August 14, 2017 Non-Final Rejection at 3-9<br><br>February 14, 2018 Office Action Response at 2-6, 7-9<br><br>**<u>Prosecution History for U.S. Patent No. 10,205,527</u>**<br><br>Application at 27-31<br><br>October 24, 2017 Non-Final Rejection at 2-9<br><br>April 24, 2018 Office Action Response at 2-7 |
| "pulse modulated" | '465 (claim 1)<br><br>'535 (claim 1)<br><br>'866 (claims 7, 19) | plain and ordinary meaning | **'465 Patent**: Figs. 1, 10; 1:6-22; 1:50-56; 2:59-3:8; 4:1-14; 5:31-35; 5:36-67; 8:5-23; 9:25-46; 9:64-10:30; 16:12-28; 16:28-45; 17:4-14<br><br>**'535 Patent**: 17:9-18:2<br><br>**'866 Patent**: Abstract; 18:3-18; 19:41-20:10 | "return-to-zero format" | **<u>'465 Patent</u>**<br><br>3:4-9; 5:31-35; 14:8-14; 16:24-41; FIG. 10; claims 1, 3, 6<br><br>**<u>'535 Patent</u>**<br><br>Claim 1<br><br>**<u>'866 Patent</u>** |

| **Claim Term** | **Patent / Claim** | **Ramot's Proposed Construction** | **Ramot's Intrinsic and Extrinsic Evidence** | **Cisco's Proposed Construction** | **Cisco's Intrinsic and Extrinsic Evidence** |
|---|---|---|---|---|---|
| | | | **U.S. Pat. 8,044,835**: 16:37-17:19 (claims 1-9)<br><br>**U.S. Pat. 9,031,417**: 19:21-26 (claims 28-29)<br><br>**U.S. Pat. 9,203,425**: 17:9-13 (claims 8-9)<br><br>**U.S. Provisional Application No. 60/943,559**: Abstract; 2:1-5; 2:7-12; 3:16-20; 4:10-11; 6:17-7:4; 9:22-10:4; 15:8-9; 15:14-20; 18:5-19:12; 19:14-20:6 [IPR2020-00122, EX1023]<br><br>**IPR2020-00122**: Petition at 19-20; 48; Blumenthal Decl. ¶¶ 54-61, 93-94; Ex. 1009<br><br>**IPR2020-00123**: Petition at 18-19, 44; Blumenthal Decl. ¶¶ 54-61, 97-98; Ex. 1009<br><br>**IPR2020-00484**: Petition at 17-18; Blumenthal Decl. ¶¶ 54-61; 92-93; Ex. 1009 | | Abstract; Claims 1, 7, 13, 19<br><br>**Response (IPR2020-00122) (Patent No. 10,033,465)** at 48<br><br>**<u>Extrinsic Evidence</u>**<br><br>*Newton's Telecom Dictionary*, Eleventh Edition (1996), p. 489. (Cisco-Ramot_00059335).<br><br>*McGraw-Hill Dictionary of Computing & Communications*, Sixth Edition (2003), p. 297. (Cisco-Ramot_00059336).<br><br>*The Authoritative Dictionary of IEEE Standard Terms*, Seventh Edition (2000), p. 891. (Cisco-Ramot-PA_00000048). |
| "driving at least M electrodes of | '465 (claims 1, 4) | plain and ordinary meaning | **'465 Patent**: Figs. 1, 8, 10; 7:14-25; 7:58-8:4; 13:15-27; 14:42-46; 15:10-12; 15:65- | "directly applying the M voltage values to the M electrodes of the | **<u>'465 Patent</u>**<br><br>Abstract; FIGS. 1, 8, 9, 10; 3:14-16; 5:11-30; 7:5-30; |

| Claim Term | Patent / Claim | Ramot's Proposed Construction | Ramot's Intrinsic and Extrinsic Evidence | Cisco's Proposed Construction | Cisco's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
| the optical modulator … responsively to the M voltage values" | | | 16:11; 16:66-17:2; 17:3-14; 17:34-44<br><br>**'465 File History**: 2018-02-14 Amendment at 2, 7-8<br><br>**IPR2020-00122**: Petition at 27-28; Blumenthal Decl. ¶¶ 28-29, 40, 44-45, 49, 55-56, 111, 138-141.<br><br>**Extrinsic Evidence**:<br><br>IEEE 100, THE AUTHORITATIVE DICTIONARY OF IEEE STANDARDS TERMS, Seventh Edition, 2000, p. 336: "**driver** (1) (**communication practice**) An electronic circuit that supplies input to another electronic circuit." | optical modulator" | 14:42-50; 15:10-15; claims 1, 4, 6, 10.<br><br>**Patent Owner's Preliminary Response (IPR2020-00122) (Patent No. 10,033,465)** at 3-4, 7-8, 23-28, 32-33, 60-65<br><br>**Ex. 2002 (Declaration of John Dallesasse In Support of Patent Owner's Preliminary Response) to Patent Owner's Preliminary Response (IPR2020-00122) (Patent No. 10,033,465)** at 6-7.<br><br>**Patent Owner's Preliminary Response (IPR2020-00123) (Patent No. 10,270,535)** at 3-4, 7-8, 23-28, 32-34, 60-66.<br><br>**Ex. 2002 (Declaration of John Dallesasse In Support of Patent Owner's Preliminary Response) to Patent** |

| Claim Term | Patent / Claim | Ramot's Proposed Construction | Ramot's Intrinsic and Extrinsic Evidence | Cisco's Proposed Construction | Cisco's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | **Owner's Preliminary Response (IPR2020-00123) (Patent No. 10,270,535)** at 6-7.<br><br>**Prosecution History for U.S. Patent No. 9,031,417**<br><br>January 30, 2015 Office Action Response at 2-6, 9-17<br><br>**Prosecution History for U.S. Patent No. 9,203,425**<br><br>July 29, 2015 Applicant Initiated Interview Summary at 2<br><br>August 20, 2015 Office Action Response at 2-6, 9-12<br><br>**Prosecution History for U.S. Patent No. 9,479,191**<br><br>Application at 27-30<br><br>December 14, 2015 Non-Final Rejection at 4-9<br><br>June 9, 2016 Office Action |

| Claim Term | Patent / Claim | Ramot’s Proposed Construction | Ramot’s Intrinsic and Extrinsic Evidence | Cisco’s Proposed Construction | Cisco’s Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | Response at 3-5<br><br>**<u>Prosecution History for ’465 Patent</u>**<br><br>August 14, 2017 Non-Final Rejection at 3-9<br><br>February 14, 2018 Office Action Response at 2-6, 7-9 |