IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAMOT AT TEL AVIV UNIVERSITY LTD., | § § § § § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-00225-JRG |
| | § § | |
| CISCO SYSTEMS, INC., | § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is Defendant's Unopposed Motion to Change Lead Attorney Designation (the "Motion"). (Dkt. No. 179.) Having considered the Motion and noting that it is unopposed, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that Defendant Cisco Systems, Inc. is permitted to designate Mr. Matthew C. Gaudet to serve as Lead Counsel in the above-captioned case.

No further changes in Lead Counsel will be permitted absent a showing of good cause and a subsequent order of the Court.

**So ORDERED and SIGNED this 21st day of October, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE