IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAMOT AT TEL AVIV UNIVERSITY LTD., | § § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO.  2:19-CV-00225-JRG |
| v. | § § | |
| CISCO SYSTEMS, INC., | § § § | |
| *Defendant*. | § § | |

## ORDER

The Court issues this Order *sua sponte*.  The Pretrial Conference for the above-captioned case, currently set for Monday, October 26, 2020, is hereby **RESET** for **Monday, November 30, 2020** at **9:00 am** in Marshall, Texas.

Currently pending before the Court is the Unopposed Motion to Permit Video Pretrial Conference (the "Motion").  (Dkt. No. 173.) The Motion requests to hold the Pretrial Conference by video in light of counsel's conflicts with the previously-scheduled date.  In light of the foregoing rescheduling of the Pretrial Conference, and having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **DENIED**.

**So ORDERED and SIGNED this 21st day of October, 2020.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE