IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RAMOT AT TEL AVIV UNIVERSITY LTD., *Plaintiff*, vs. CISCO SYSTEMS, INC., *Defendant*. | No. 2:19-cv-225-JRG <br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF ADDITIONAL ATTACHMENTS TO JOINT PRETRIAL ORDER

Pursuant to the Eighth Amended Docket Control Order (Dkt. No. 187) and Rule 16 of the Federal Rules of Civil Procedure, Plaintiff Ramot at Tel Aviv University Ltd. ("Ramot") and Defendant Cisco Systems, Inc. ("Cisco") submit their proposed and final jury instructions, joint proposed verdict forms and respectfully request that the Court enter this Order.

Attached as **Exhibit G** is a copy of the parties' proposed preliminary jury instructions. Attached as **Exhibit H** is a copy of the parties' proposed final jury instructions. Attached as **Exhibit I** is a copy of Ramot's proposed verdict form. **Exhibit J** is a copy of Cisco's proposed verdict form. These exhibits identify where the parties' proposals differ and are subject to the parties' objections noted within.

1

Dated: October 29, 2020

Respectfully Submitted,

*/s/ Denise M. De Mory*

*/s/ John R. Gibson*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, TX 75467
Telephone: 903-845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Henry C. Bunsow (CA Bar No. 60707)
Denise De Mory (CA Bar No. 168076)
Corey Johanningmeier
  (CA Bar No. 251297)
Christina M. Finn (CA Bar No. 247838)
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
cjohanningmeier@bdiplaw.com
cfinn@bdiplaw.com

*Attorneys for Plaintiff*
*Ramot at Tel Aviv University, Ltd.*

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH LLP
303 S. Washington Ave.
Marshall, TX 75670
Tel.: (903) 934-8450
Fax.: (903) 934-9257

L. Norwood Jameson (GA Bar No. 003970)
wjameson@duanemorris.com
Matthew C. Gaudet (GA Bar No. 287789)
mcgaudet@duanemorris.com
Matthew S. Yungwirth (GA Bar No. 783597)
msyungwirth@duanemorris.com
John R. Gibson (GA Bar No. 454507)
jrgibson@duanemorris.com
Sajid Saleem (GA Bar No. 382996)
SSaleem@duanemorris.com
Jennifer H. Forte (GA Bar No. 940650)
jhforte@duanemorris.com
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309
Tel: (404) 253-6900
Fax: (404) 253-6901

Joseph A. Powers (PA Bar No. 84590)
japowers@duanemorris.com
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Tel.: (215) 979-1842
Fax: (215) 689-3797

Gilbert A. Greene (Texas Bar No. 24045976)
bgreene@duanemorris.com
DUANE MORRIS LLP
Las Cimas IV
900 S. Capital of Texas Hwy., Suite 300
Austin, TX 78746-5435
Tel.: (512) 277-2300

Fax: (512) 519-858

Evan J. Muller (IL Bar No. 6330178)
ejmuller@duanemorris.com
Duane Morris LLP
190 S. LaSalle Street, Suite 3700
Chicago, IL 60603
Tel.: (312) 499-6709
Fax: (312) 277-6534

Andrew L. Perito
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300
Email: aperito@durietangri.com

*Attorneys for Defendant*
*Cisco Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2020, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Denise M. De Mory*
Denise M. De Mory