# EXHIBIT I

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> *Plaintiff*, <br><br> vs. <br><br> CISCO SYSTEMS, INC., <br><br> *Defendant*. | No. 2:19-cv-225-JRG <br><br><br> **JURY TRIAL DEMANDED** |

**RAMOT'S PROPOSED VERDICT FORM**

In answering these questions, you are to follow all of the instructions I have given you in the Court's Final Instructions to the Jury.  As used in this form, "Ramot" means Ramot at Tel Aviv University Ltd.; and "Cisco " means Cisco Systems, Inc. "Ramot's Patents" mean U.S. Patent Nos. 10,033,465 ("the '465 patent"), 10,270,535 ("the '535 patent"), and 10,461,866 ("the '866 patent").

**Question 1:  Infringement**

Did Ramot prove by a preponderance of the evidence that Cisco has infringed the asserted claims of Ramot's Patents by use of the accused products presented at trial?

**If you find the claim was infringed, answer "Yes" (a "Yes" is a finding for Ramot); otherwise, answer "No" (a "No" is a finding for Cisco):**

<u>'535 Patent</u>

Claim 1          _____

Claim 2          _____

<u>'866 Patent</u>

Claim 7          _____

Claim 8          _____

Claim 10          _____

Claim 11          _____

Claim 12          _____

<u>'465 Patent</u>

Claim 1          _____

**Question 2:  Willful Infringement**

Did Ramot prove by a preponderance of the evidence that Cisco's infringements of Ramot's Patents have been willful?

**Answer YES or NO in the space provided:**

_____

**Question 3:  Invalidity**

Did Cisco prove by clear and convincing evidence that the following claims of the following patents are invalid?

**If you find the claim invalid, answer "Yes" (a "Yes" is a finding for Cisco); otherwise, answer "No" (a "No" is a finding for Ramot):**

<u>'535 Patent</u>

Claim 1          _____

Claim 2          _____

<u>'866 Patent</u>

Claim 7          _____

Claim 8          _____

Claim 10        _____

Claim 11        _____

Claim 12        _____

<u>'465 Patent</u>

Claim 1          _____

**Question 4:  Damages**

    **Answer if you found at least one claim infringed in Question 1 ("Yes") and not invalid ("No") in Question 3:**

    If you believe that Ramot is entitled to receive a running royalty for Cisco's infringement of Ramot's Patents:

    What sum of money do you find from a preponderance of the evidence would fairly and reasonably compensate Ramot for Cisco's infringement, if any, of Ramot's Patents up through the date of your verdict?

    Total Amount of Royalty Damages to verdict: $_____

    If instead, you believe that a lump sum license would have been negotiated for Cisco's use during the lifetime of Ramot's Patents:

    What sum of money do you find from a preponderance of the evidence would fairly and reasonably compensate Ramot for past and future use by Cisco of the patented inventions, up through the expiration of the patents?

    Total Amount of Lump Sum Damages: $_____

**THE FOREPERSON MUST SIGN AND DATE THIS VERDICT FORM.**

Signed this _____ day of December, 2020.


_____

**FOREPERSON**