# EXHIBIT J

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> *Plaintiff*, <br><br> vs. <br><br> CISCO SYSTEMS, INC., <br><br> *Defendant*. | No. 2:19-cv-225-JRG <br><br><br> **JURY TRIAL DEMANDED** |

**CISCO'S PROPOSED VERDICT FORM**

In answering these questions, you are to follow all of the instructions I have given you in the Court's Final Instructions to the Jury.  As used in this form, "Ramot" means Ramot at Tel Aviv University Ltd.; and "Cisco " means Cisco Systems, Inc. "Ramot's Patents" mean U.S. Patent Nos. 10,033,465 ("the '465 patent"), 10,270,535 ("the '535 patent"), and 10,461,866 ("the '866 patent").

**Question 1:  Direct Infringement**

Did Ramot prove by a preponderance of the evidence that Cisco has literally infringed the

asserted claims of Ramot's Patents by its use of the accused products presented at trial?

**If you find the claim was infringed, answer "Yes" (a "Yes" is a finding for Ramot); otherwise, answer "No" (a "No" is a finding for Cisco):**

<u>'465 Patent</u>

Claim 1            _____

<u>'535 Patent</u>

Claim 1            _____

Claim 2            _____

<u>'866 Patent</u>

Claim 7            _____

Claim 8            _____

Claim 10          _____

Claim 11          _____

Claim 12          _____

**Question 2:  Induced Infringement**

Did Ramot prove by a preponderance of the evidence that Cisco indirectly infringed the

asserted claims of Ramot's Patents by actively inducing its customers to directly infringe the

asserted claims?

**If you find the claim was infringed, answer "Yes" (a "Yes" is a finding for Ramot);
otherwise, answer "No" (a "No" is a finding for Cisco):**

<u>'465 Patent</u>

Claim 1          _____

<u>'535 Patent</u>

Claim 1          _____

Claim 2          _____

<u>'866 Patent</u>

Claim 7          _____

Claim 8          _____

Claim 10         _____

Claim 11         _____

Claim 12         _____

**Question 3:  Invalidity**

Did Cisco prove by clear and convincing evidence that the following claims of the

following patents are invalid?

**If you find the claim invalid, answer "Yes" (a "Yes" is a finding for Cisco); otherwise, answer "No" (a "No" is a finding for Ramot):**

<u>'465 Patent</u>

Claim 1              _____

<u>'535 Patent</u>

Claim 1              _____

Claim 2              _____

<u>'866 Patent</u>

Claim 7              _____

Claim 8              _____

Claim 10             _____

Claim 11             _____

Claim 12             _____

**Question 4:  Damages**

**Answer if you found at least one claim infringed in Question 1 ("Yes") and not invalid ("No") in Question 2:**

Would Ramot and Cisco have agreed to a running royalty or a lump sum?

_____    Lump Sum

_____    Running Royalty


If you believe that a lump sum license would have been negotiated for Cisco's use during the lifetime of Ramot's Patents (answer the question below only if you selected "Lump Sum" above):

1.  What sum of money do you find from a preponderance of the evidence would fairly and reasonably compensate Ramot for past and future use by Cisco of the patented inventions, up through the expiration of the patents?

    Total Amount of Lump Sum Damages: $_____


If instead, you believe that Ramot is entitled to receive a running royalty for Cisco's infringement (answer the three questions below only if you selected "Running Royalty" above):

1.  What royalty rate do you find from a preponderance of the evidence the parties would have agreed to? _____

2.  What royalty base do you find from a preponderance of the evidence the parties would have agreed to up through the date of your verdict? _____

3.  Total Amount of Royalty Damages to verdict: $_____

5

**Question 5:  Willful Infringement**

For any patent that included one claim that you found infringed in either Question 1 or 2

("Yes") and not invalid ("No") in Question 3, did Ramot prove by a preponderance of the

evidence that Cisco's infringement(s) was willful?

<strong>Answer YES or NO in the spaces provided:</strong>

'465 Patent:_____

'535 Patent:_____

'866 Patent:_____

**THE FOREPERSON MUST SIGN AND DATE THIS VERDICT FORM.**

Signed this \_\_\_\_ day of December, 2020.

_____

**FOREPERSON**