IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | ) <br> ) Case No. 2:19-cv-225 <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF RELEVANT DETERMINATION**

COMES NOW, Plaintiff Ramot At Tel Aviv University Ltd. and notifies this Court that Cisco Systems, Inc.'s mandamus petition was denied and its appeals were dismissed pursuant to the attached Order.

Dated:  November 2, 2020          Respectfully Submitted,

By: */s/ Denise M. De Mory*
Henry C. Bunsow
Denise M. De Mory
Corey Johanningmeier
Nicholas S. Mancuso
Hillary N. Bunsow
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
cjohanningmeier@bdiplaw.com
nmancuso@bdiplaw.com
hillarybunsow@bdiplaw.com

        S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75467
Telephone: 903-845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

**ATTORNEYS FOR PLAINTIFF
RAMOT AT TEL AVIV UNIVERSITY LTD.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 2, 2020.

/s/ *Denise M. De Mory*
Denise M. De Mory