IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | No. 2:19-cv-225-JRG <br><br><br> Jury Trial Demanded |

## JUROR QUESTIONNAIRE

Parties, Plaintiff Ramot at Tel Aviv University Ltd. ("Ramot") and Defendant Cisco Systems, Inc. ("Cisco") hereby jointly submit their proposed Juror Questionnaire as Exhibit A.

Date: November 9, 2020

Respectfully submitted,

/s/ Denise M. De Mory
Denise M. De Mory
Henry C. Bunsow
Corey Johanningmeier
Christina M. Finn
Hillary N. Bunsow
Nicholas Mancuso
Michael Flynn O'Brien
Brenda Entzminger
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
ddemory@bdiplaw.com
hbunsow@bdiplaw.com
cjohanningmeier@bdiplaw.com
cfinn@bdiplaw.com

/s/  Gilbert A. Greene
Melissa Richards Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email:  melissa@gillamsmithlaw.com

L. Norwood Jameson (GA Bar No. 003970)
wjameson@duanemorris.com
Matthew C. Gaudet (GA Bar No. 287789)
mcgaudet@duanemorris.com
John R. Gibson (GA Bar No. 454507)
JRGibson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 2000

hillarybunsow@bdiplaw.com
nmancuso@bdiplaw.com
mflynnobrien@bdiplaw.com
bentzminger@bdiplaw.com

Benjamin L. Singer
**SINGER/BEA LLP**
601 Montgomery Street, Suite 1950
San Francisco, CA 94111
Telephone: 415-500-6080
Email: bsinger@singerbea.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75467
Telephone: 903-845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

*Attorneys for Plaintiff Ramot at Tel Aviv University Ltd.*

Atlanta, GA 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901

Joseph A. Powers (PA Bar No. 84590)
japowers@duanemorris.com
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1842
Facsimile: (215) 689-3797

Gilbert A. Greene
Texas Bar No. 24045976
bgreene@duanemorris.com
**DUANE MORRIS LLP**
Las Cimas IV
900 S. Capital of Texas Hwy., Suite 300
Austin, TX 78746-5435
Tel.: (512) 277-2246
Fax: (512) 277-2301

*Attorneys for Defendant Cisco Systems, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 9, 2020.

/s/ *Denise M. De Mory*
Denise M. De Mory