# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Case No. 2:19-cv-00225-JRG <br><br> JURY TRIAL DEMANDED |

## DEFENDANT CISCO SYSTEMS, INC.'S NOTICE OF RIPENESS OF MOTION IN RESPONSE TO ORDER DATED JANUARY 5, 2021

In response to the Court's Order dated January 5, 2021 (Dkt. 230), expediting the briefing schedule on Cisco's Renewed Motion to Stay Pending *Ex Parte* Reexamination of U.S. Patent No. 10,270,535, No. 10,033,465, and No. 10,461,866 (Dkt. 221, "Cisco's Motion"), Cisco respectfully files this notice that Cisco's Motion is now fully briefed and ripe for a decision. As Ramot's Opposition (Dkt. 226) did not raise any new issues or otherwise justify its actions, Cisco does not intend to file a Reply.

Dated:  January 5, 2021

Respectfully submitted,

*/s/ Melissa R. Smith*_____

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 S. Washington Ave.
Marshall, TX 75670
Tel.:  (903) 934-8450
Fax.:  (903) 934-9257

L. Norwood Jameson (GA Bar No. 003970)
wjameson@duanemorris.com
Matthew C. Gaudet (GA Bar No. 287789)
mcgaudet@duanemorris.com
Matthew S. Yungwirth (GA Bar No. 783597)
msyungwirth@duanemorris.com
John R. Gibson (GA Bar No. 454507)
jrgibson@duanemorris.com
Sajid Saleem (GA Bar No. 382996)
SSaleem@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309
Tel: (404) 253-6900
Fax: (404) 253-6901

Joseph A. Powers (PA Bar No. 84590)
japowers@duanemorris.com
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Tel.: (215) 979-1842
Fax: (215) 689-3797

Gilbert A. Greene (Texas Bar No. 24045976)
bgreene@duanemorris.com
**DUANE MORRIS LLP**
Las Cimas IV
900 S. Capital of Texas Hwy., Suite 300
Austin, TX 78746-5435
Tel.: (512) 277-2300
Fax: (512) 519-858

Evan J. Muller (IL Bar No. 6330178)
ejmuller@duanemorris.com
**DUANE MORRIS LLP**
190 S. LaSalle Street, Suite 3700
Chicago, IL  60603
Tel.:  (312) 499-6709
Fax: (312) 277-6534

*Counsel for Defendant*
*Cisco Systems, Inc.*

3

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 5, 2021, the foregoing document was filed electronically in compliance with Local Rule CV-5(a)(3) with a copy of this document via the Court's CM/ECF system.

<i>/s/ Melissa R. Smith</i><br>
Melissa R. Smith