# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Case No. 2:19-cv-00225-JRG <br><br> JURY TRIAL DEMANDED |

## JOINT STATUS REPORT

Pursuant to the Court's Standing Order Requiring Notice of Relevant Determinations From Related Proceedings in Cases Assigned to United States District Judge Rodney Gilstrap and the Court's January 13, 2021 Order (Dkt. 235), Plaintiff Ramot at Tel Aviv University Ltd ("Ramot") and Defendant Cisco Systems, Inc. ("Cisco") hereby submit the following status report regarding the *Ex Parte* Reexamination proceedings before the United States Patent and Trademark Office ("USPTO").

Ramot asserts three patents against Cisco in this action: U.S. Patent Nos. 10,033,465 (the "'465 Patent"), 10,270,535 (the "'535 Patent"), and 10,461,866 (the "'866 Patent") (collectively, the "Asserted Patents"). With respect to the last status report submitted to the Court, the USPTO has issued a reexamination certificate for the '535 patent on February 2, 2024 to close prosecution on the merits, while three reexamination proceedings remain pending. The statuses of the six closed reexamination proceedings and three pending reexamination proceedings are shown in the table below. The three pending reexaminations on the '535, '465 and '866 Patents, asserting the same references that were raised in proceedings 90/014,606, 90/014,608 and 90/014,607, have

been filed involving all claims asserted against Cisco in this action. The filed proceeding (90/015,280) on the '866 Patent has been instituted. The filed proceeding (90/019,333) on the '465 Patent is awaiting institution decision, which is due no later than March 13, 2024. The filed proceeding (90/019,420) on the '535 Patent is awaiting institution decision, which is due no later than May 15, 2024.

The parties will provide a further update on the status of the pending '535, '465 and '866 Patent reexaminations in their next status report.

| Reexamination Application No. | Challenged Patent | Reexamination Filing Date | Current Status |
|---|---|---|---|
| 90/014,528 | '465 Patent | June 9, 2020 | Merged with Reexamination No. 90/014,607 on March 12, 2021, merged with Reexamination No. 90/014,728 on October 21, 2021, and all challenged claims amended on November 22, 2021.  Amended claims subsequently rejected on March 10, 2022.  Ramot submitted Office Action Response on May 10, 2022. Examiner issued final rejection on April 21, 2023.  Ramot amended claims again on May 3, 2023. On May 14, 2023, the amended claims were rejected in an Office Action. Ramot submitted an Office Action Response on July 14, 2023.<br><br>Reexamination Certificate issued on October 30, 2023. |
| 90/014,607 | '465 Patent | November 10, 2020 | Merged with Reexamination No. 90/014,528 on March 12, 2021, merged with Reexamination No. 90/014,728 on October 21, 2021. See above. |

| Reexamination Application No. | Challenged Patent | Reexamination Filing Date | Current Status |
|---|---|---|---|
| 90/019,333 | '465 Patent | December 13, 2023 | Pending.  Deadline for institution on March 13, 2024. |
| 90/014,527 | '535 Patent | June 9, 2020 | All challenged claims rejected on November 27, 2020; amended March 29, 2021; rejected November 4, 2021; amended on January 4, 2022; and subsequently rejected on February 24, 2022.<br><br>Ramot filed notice of appeal with the Patent Trial and Appeal Board on April 25, 2022, and filed appeal brief on June 27, 2022.<br><br>Examiner filed answer to appeal brief on February 6, 2023.<br><br>Ramot filed reply and appeal was submitted to the Board on April 6, 2023.<br><br>Patent Trial and Appeal Board held a hearing in the appeal on July 10, 2023.<br><br>On August 8, 2023, the Patent Trial and Appeal Board reversed the Examiner' rejection of the amended claims.<br><br>Notice of Intent to Issue a Reexamination Certificate issued on December 19, 2023.<br><br>Reexamination Certificate issued on February 2, 2024. |
| 90/014,606 | '535 Patent | November 10, 2020 | Merged with reexamination 90/014,527 on May 26, 2021. See above. |

| Reexamination Application No. | Challenged Patent | Reexamination Filing Date | Current Status |
|---|---|---|---|
| 90/019,420 | '535 Patent | February 15, 2024 | Pending. Deadline for institution on May 15, 2024. |
| 90/014,526 | '866 Patent | June 9, 2020 | All challenged claims rejected on October 20, 2020; amended March 17, 2021; amended claims rejected September 8, 2021 and amended again November 8, 2021; and rejected again January 10, 2022.<br><br>Ramot filed notice of appeal with the Patent Trial and Appeal Board on March 10, 2022, and filed appeal brief on May 10, 2022.<br><br>Examiner filed answer to appeal brief on July 20, 2022.<br><br>Patent Trial and Appeal Board held hearing in appeal on December 15, 2022.<br><br>Patent Trial and Appeal Board reversed Examiner's rejection on January 23, 2023.<br><br>Notice of intent to issue Reexamination Certificate issued on May 9, 2023.<br><br>Reexamination Certificate issued on July 6, 2023.<br><br>Request for Certificate of Correction on July 21, 2023.<br><br>Certificate of Correction issued on August 22, 2023. |
| 90/014,608 | '866 Patent | November 10, 2020 | Merged with 90/014,526 on March 12, 2021.<br>See above. |

| Reexamination Application No. | Challenged Patent | Reexamination Filing Date | Current Status |
|---|---|---|---|
| 90/015,280 | '866 Patent | August 29, 2023 | Reexamination on all challenged claims ordered on November 24, 2023. |

Dated:  March 1, 2024                                     Respectfully submitted,

*/s/ Melissa R. Smith*

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 S. Washington Ave.
Marshall, TX 75670
Tel.:  (903) 934-8450
Fax.:  (903) 934-9257

L. Norwood Jameson (GA Bar No. 003970)
wjameson@duanemorris.com
Matthew C. Gaudet (GA Bar No. 287789)
mcgaudet@duanemorris.com
Sajid Saleem (GA Bar No. 382996)
SSaleem@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Tel: (404) 253-6900
Fax: (404) 253-6901

Joseph A. Powers (PA Bar No. 84590)
japowers@duanemorris.com
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196

5

Tel.: (215) 979-1842
Fax: (215) 689-3797

*Counsel for Defendant
Cisco Systems, Inc.*




/s/ *Corey Johanningmeier*
Denise De Mory
Corey Johanningmeier
Hillary N. Bunsow
Nicholas Mancuso
Michael Flynn O'Brien
Brenda Entzminger
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
ddemory@bdiplaw.com
cjohanningmeier@bdiplaw.com
hillarybunsow@bdiplaw.com
nmancuso@bdiplaw.com
mflynnobrien@bdiplaw.com
bentzminger@bdiplaw.com
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
ddemory@bdiplaw.com
cjohanningmeier@bdiplaw.com

Benjamin L. Singer
**SINGER/BEA LLP**
601 Montgomery Street, Suite 1950
San Francisco, CA 94111
Telephone: 415-500-6080
Email: bsinger@singerbea.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585

**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75467
Telephone: 903-845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Attorneys for Plaintiff
*Ramot at Tel Aviv University Ltd.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 1st day of March, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith