**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RAMOT AT TEL AVIV UNIVERSITY LTD., | |
| Plaintiff, | Case No. 2:19-cv-00225-RWS |
| v. | |
| CISCO SYSTEMS, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to the Court's January 13, 2021 Order (Dkt. 235), Plaintiff Ramot at Tel Aviv University Ltd ("Ramot") and Defendant Cisco Systems, Inc. ("Cisco") hereby submit the following status report regarding the *Ex Parte* Reexamination proceedings before the United States Patent and Trademark Office ("USPTO").

Ramot asserts three patents against Cisco in this action: U.S. Patent Nos. 10,033,465 (the "'465 Patent"), 10,270,535 (the "'535 Patent"), and 10,461,866 (the "'866 Patent") (collectively, the "Asserted Patents"). The statuses of the seven closed reexamination proceedings and three pending reexamination proceedings are shown in the table below. The three pending reexaminations on the '535, '465 and '866 Patents, asserting the same references that were raised in proceedings 90/014,606, 90/014,608 and 90/014,607, have been filed involving all claims asserted against Cisco in this action. The filed proceedings (90/015,280) on the '866 Patent, (90/019,333) on the '465 Patent and (90/019,420) on the '535 Patent have been instituted. In the '535 Patent proceeding, all challenged claims were rejected in a final office action on March 31, 2025. Then, Ramot filed a notice of appeal on May 30, 2025 and its appeal brief on July 30, 2025.

This proceeding is currently awaiting an examiner's answer to Ramot's appeal brief.  In the '866 Patent proceeding, Ramot filed an appeal, and the examiner issued an examiner's answer on February 11, 2025.  Then, Ramot filed its reply brief to the examiner's answer on April 11, 2025, and an appeal hearing was held on November 4, 2025.  This proceeding is currently awaiting a decision from the PTAB.   In the '465 Patent proceeding, Ramot filed an appeal, and the examiner issued an examiner's answer on April 7, 2025.  Then, Ramot filed a reply brief to the examiner's answer on June 9, 2025, and an appeal hearing was held on November 4, 2025. This proceeding is currently awaiting a decision from the PTAB.

The parties will provide a further update on the status of the pending '535, '465 and '866 Patent reexaminations in their next status report.

| Reexamination Application No. | Challenged Patent | Reexamination Filing Date | Current Status |
|---|---|---|---|
| 90/014,528 | '465 Patent | June 9, 2020 | Reexamination Certificate issued on October 30, 2023.<br><br>All challenged claims were amended on November 22, 2021 and May 3, 2023. |
| 90/014,607 | '465 Patent | November 10, 2020 | Merged with Reexamination No. 90/014,528 on March 12, 2021. See above. |
| 90/014,728 | '465 Patent | April 13, 2021 | Merged with Reexamination No. 90/014,528 on October 21, 2021. See above. |
| 90/019,333 | '465 Patent | December 13, 2023 | Reexamination on all challenged claims ordered on March 11, 2024.<br><br>All challenged claims rejected in a Final Office Action on October 16, 2024. |

| Reexamination Application No. | Challenged Patent | Reexamination Filing Date | Current Status |
|---|---|---|---|
| | | | An appeal hearing was held on November 4, 2025.<br><br>Currently awaiting PTAB decision. |
| 90/014,527 | '535 Patent | June 9, 2020 | Reexamination Certificate issued on February 2, 2024.<br><br>All challenged claims were amended on March 29, 2021 and January 4, 2022. |
| 90/014,606 | '535 Patent | November 10, 2020 | Merged with reexamination 90/014,527 on May 26, 2021. See above. |
| 90/019,420 | '535 Patent | February 15, 2024 | Reexamination on all challenged claims instituted on April 19, 2024.<br><br>Examiner issued a Non-Final Office Action on October 31, 2024.<br><br>Ramot filed a response to the Non-Final Office Action on December 30, 2024.<br><br>Examiner issued a Final Office Action on March 31, 2025.<br><br>Ramot filed a Notice of Appeal on May 30, 2025.<br><br>Ramot filed its Appeal Brief on July 30, 2025.<br><br>Currently awaiting Examiner's Answer. |
| 90/014,526 | '866 Patent | June 9, 2020 | Reexamination Certificate issued on July 6, 2023. |

| Reexamination Application No. | Challenged Patent | Reexamination Filing Date | Current Status |
|---|---|---|---|
| | | | Request for Certificate of Correction on July 21, 2023.<br><br>Certificate of Correction issued on August 22, 2023.<br><br>All challenged claims were amended on March 17, 2021 and on November 8, 2021. |
| 90/014,608 | '866 Patent | November 10, 2020 | Merged with 90/014,526 on March 12, 2021.<br>See above. |
| 90/015,280 | '866 Patent | August 29, 2023 | Reexamination on all challenged claims instituted on November 24, 2023.<br><br>All challenged claims rejected in an Office Action dated April 2, 2024.<br><br>Ramot responded to Office Action on June 3, 2024.<br><br>All challenged claims rejected in a Final Office Action on August 21, 2024.<br><br>An appeal hearing was held on November 4, 2025.<br><br>Currently awaiting PTAB decision. |

Dated:  December 11, 2025                     Respectfully submitted,

/s/ Melissa R. Smith

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**

4

303 S. Washington Ave.
Marshall, TX 75670
Tel.:  (903) 934-8450
Fax.:  (903) 934-9257

L. Norwood Jameson (GA Bar No. 003970)
wjameson@duanemorris.com
Matthew C. Gaudet (GA Bar No. 287789)
mcgaudet@duanemorris.com
Sajid Saleem (GA Bar No. 382996)
SSaleem@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Tel: (404) 253-6900
Fax: (404) 253-6901

Joseph A. Powers (PA Bar No. 84590)
japowers@duanemorris.com
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Tel.: (215) 979-1842
Fax: (215) 689-3797

***Counsel for Defendant***
***Cisco Systems, Inc.***

/s/ *Corey Johanningmeier*
Denise De Mory
Corey Johanningmeier
Hillary N. Bunsow
Michael Flynn O'Brien
Brenda Entzminger
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
ddemory@bdiplaw.com
cjohanningmeier@bdiplaw.com
hillarybunsow@bdiplaw.com
mflynnobrien@bdiplaw.com
bentzminger@bdiplaw.com
**Bunsow De Mory LLP**
701 El Camino Real

5

Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
ddemory@bdiplaw.com
cjohanningmeier@bdiplaw.com

Benjamin L. Singer
SINGER IP
505 Montgomery Street, Suite 1100
San Francisco, CA 94111
Telephone: 415-500-6080
Email: bsinger@singerIP.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**Capshaw DeRieux, LLP**
114 E. Commerce Ave.
Gladewater, TX 75467
Telephone: 903-845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Attorneys for Plaintiff
***Ramot at Tel Aviv University Ltd.***

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 11th day of December, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

/s/ *Melissa R. Smith*
Melissa R. Smith